

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00112-CV

**THE FREDERICKSBURG CARE COMPANY L.P.**,
d/b/a Princeton Place Rehabilitation and Healthcare Medical Center,
Appellant

v.

Brenda **LIRA,** as Representative of the Estate of Guadalupe Quesada, Deceased,
Appellee

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-20420
Honorable Richard Price, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE ANGELINI, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, the trial court's order declining to compel arbitration is AFFIRMED.

It is ORDERED that appellee recover her costs of appeal from appellant The Fredericksburg Care Company, L.P. d/b/a Princeton Place Rehabilitation and Healthcare.

SIGNED June 26, 2013.

_____
Rebeca C. Martinez, Justice